receipt # 11088451
9/10/2009 dlm

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:
    UNCLAIMED FUNDS

  The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

  APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

  Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 629.63   IN 2 CHECKS
CHECK # 14665 FOR $ 483.49
CHECK # 14666 FOR $ 146.14
Representing unclaimed funds.

DATED: 8-19-2009

S/ALBERT J. MOGAVERO

                ALBERT J. MOGAVERO
                TRUSTEE



FILED
SEP 10 2009
BANKRUPTCY COURT
BUFFALO, N.Y.

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | | Zip Code |
|---|---|---|---|---|---|---|---|---|---|
| 826048 | DAMES | 0513944 | 0.01 | COBBLESTONE COUNTRY F.C.U. | 239 SOUTH MAIN STREET | | ALBION | NY | 144111632 |
| 826262 | OYLER | 0810323 | 5.02 | Chapter 7 Trustee: 08-10323 | c/o Trustee -MARK SCHLANT | | Unknown | NY | 14202 |
| 826263 | DAVIS | 0602625 | 5.02 | Chapter 7 Trustee:0602625 | c/o Trustee -THOMAS DOREY | | Unknown | NY | 14202 |
| 826264 | MINTON | 0700442 | 5.00 | Chapter 7 Trustee:0700442 | c/o Trustee -THOMAS DOREY | | Unknown | NY | 14202 |
| 826265 | GRAY | 0701502 | 5.01 | Chapter 7 Trustee:0701502 | c/o Trustee -HAROLD BULAN | | Unknown | NY | 14202 |
| 826266 | FRONTERA, JR. | 0702325 | 5.00 | Chapter 7 Trustee:0702325 | c/o Trustee -WILLIAM LAWSON | | Unknown | NY | 14202 |
| 826944 | PAUSE | 0415392 | 167.01 | GREAT SENECA FINANCIAL CORP C/O COHEN & SLAMOWITZ, LLP | | 199 CROSSWAYS PARK DRIV | WOODBURY | NY | 11797 |
| 827899 | KRZYSTEK | 0418684 | 129.77 | NCI PORTFOLIO SERVICES | % WELTMAN, WEINBERG & REIS | 323 WEST LAKESIDE AVE., 2NC | CLEVELAND | OH | 44113 |
| 828798 | LIS | 0317167 | 134.40 | SAGE FINANCIAL, LTD | % UPTON, COHEN ET AL | 199 CROSSWAYS PARK DR. | WOODBURY | NY | 117972016 |
| 828891 | LIDDLE | 0410749 | 24.51 | SHERMAN ACQUISITION LP | DBA RESURGENT ACQUISITION | P.O. BOX 12914 | NORFOLK | VA | 23541 |
| 829730 | STEWART | 0416385 | 2.74 | WOLPOFF & ABRAMSON, LLP | TWO IRVINGTON CENTRE | 702 KING FARM BLVD | ROCKVILLE | MD | 208505775 |
| 829905 | GANGAROSSA | 0317493 | 5.00 | ROBIN E GANGAROSSA | 1 KINGSBURY AVE. | | BATAVIA | NY | 14020 |
| 829929 | CAHILL | 0414661 | 87.19 | KEVIN & DEBRA CAHILL | 6717 GATES DRIVE | | DERBY | NY | 140479533 |
| 829939 | RODOLPH | 0417869 | 15.43 | DAVID & ELIZABETH RODOLPH | 184 ARGUST | | CHEEKTOWAGA | NY | 14225 |
| 829961 | BRINSKO | 0511336 | 3.50 | DAVID L BRINSKO | 28 CONCORD ST. | | BUFFALO | NY | 14212 |
| 829979 | POWERS | 0516109 | 5.00 | WILLIAM & LUCILLE POWERS | C/O MARY SHEPHERD | PO BOX 4736 | OCALA | FL | 344780000 |
| 829999 | OSBORNE | 0600831 | 5.00 | CRAIG S OSBORNE | 136 HIGHGATE AVENUE | | BUFFALO | NY | 14214 |
| 830016 | GRUNTHANER | 0703315 | 5.00 | JOHN A GRUNTHANER | 108 BAXTER ST. | | BUFFALO | NY | 14207 |
| 830018 | GURGOL | 0704199 | 5.00 | DANIEL W GURGOL | 352 SOUTH STREET | | E. AURORA | NY | 14052 |
| 830022 | KNEIS | 0810373 | 5.00 | DAWN KNEIS & MICHAEL KNEIS, S | 142 E. CANYON DR. | | HAMBURG | NY | 14075 |
| 830024 | BELL | 0810785 | 5.00 | BERNADETTE C BELL | 617 LISBON AVENUE | | BUFFALO | NY | 14215 |
| 830025 | TATKO | 0811098 | 5.02 | PAUL H TATKO | 158 RUTLAND AVENUE | | CHEEKTOWAGA | NY | 14212 |

$629.63

Case 1-04-16385-MJK   Doc 36   Filed 09/10/09   Entered 09/11/09 14:19:49   Desc Main
Document      Page 2 of 2